**Order entered March 5, 2021**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00962-CV

## IN THE INTEREST OF C.W., C.W., AND C.W., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01219**

## ORDER

Before the Court is the March 3, 2021 request of Martha Grant, Official Court Reporter for the 304th Judicial District Court, for an extension of time to file the reporter's record. Due to working remotely, Ms. Grant states she was "just seeing" this Court's February 2, 2021 email notifying her that the reporter's record was past due and instructing her to file it within thirty days. She further states that she is unsure how long it will take her to complete the record and that "[a]ny time granted would be appreciated." We **GRANT** the request and extend the time to **March 25, 2021**.

We **DIRECT** the Clerk of this Court to add the following email and cell phone number to Ms. Grant's contact information:

marthagrant@att.net
903-746-3343.

/s/     CORY L. CARLYLE
JUSTICE